IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA WALKER | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 3:14-CV-1326-P |
| | § | |
| UT SOUTHWESTERN MEDICAL CENTER | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order of July 20, 2015, the Court issues judgment as follows:

1) Gloria Walker takes nothing from her claims against UT Southwestern Medical Center; and

2) Costs are assessed against Plaintiff.

**IT IS SO ORDERED.**

Signed this 20th day of July, 2015.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE