IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 15-10800
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
March 10, 2016
Lyle W. Cayce
Clerk

D.C. Docket No. 3:14-CV-1326

GLORIA WALKER,

    Plaintiff - Appellant

v.

THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER,

    Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before DAVIS, JONES, and GRAVES. Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued
as the mandate on** Apr 01, 2016

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 01, 2016

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

      No. 15-10800   Gloria Walker v. Univ TX SW Med Ctr
                             USDC No. 3:14-CV-1326

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Shawn D. Henderson, Deputy Clerk
                                          504-310-7668

cc:
    Mr. Wylie Emmett Kumler
    Ms. Allison Christine Reppond
    Mr. Robert Joseph Wiley